[No. 71415-5-I.  Division One.  June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALLAN WILLIAMS, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71502-0-I.  Division One.  June 15, 2015.]

BARRIE BEHRMANN ET AL., *Appellants*, v. FRANK D'APRILE, *Respondent*.

*Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71563-1-I.  Division One.  June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ROBERT SKAAR, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Leach, JJ.

[No. 71564-0-I.  Division One.  June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HAILEY, JR., *Appellant*.

*Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.